UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PORT CITY LOGISTICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHASEWATER LOGISTICS, LLC, )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 3:23-cv-00541-RJC-DCK<br><br>**DEFENDANT CHASEWATER LOGISTICS, LLC'S THIRD CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and with the consent of Plaintiff, Defendant Chasewater Logistics, LLC ("Chasewater") hereby moves the Court for an additional 7-day extension of time, through and including November 27, 2023, to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Chasewater shows the Court as follows:

1. Plaintiff filed the Complaint in the above-captioned action on August 28, 2023.

2. Chasewater first received a copy of the Summons and Complaint on or around August 30, 2023.

3. As a result, the initial deadline for Chasewater to answer or otherwise respond to Plaintiff's Complaint was September 20, 2023.

4. On September 18, 2023, given that undersigned counsel had only recently been engaged and needed time to review the Complaint, investigate the allegations, and prepare a response, Chasewater—with the consent of Plaintiff—sought and obtained an initial 30-day extension of time to plead in response to the Complaint. (Doc. Nos. 6, 7).

5. Then on October 13, 2023, to allow the parties time to explore a possible resolution, Chasewater—with the consent of Plaintiff—sought and obtained an additional 30-day extension of time to plead in response to the Complaint. (Doc. Nos. 8, 9).

6. The current deadline for Chasewater to respond to the Complaint is November 20, 2023. Therefore, the time for Chasewater to respond to the Complaint has not yet expired.

7. There is good cause to grant this Motion. The parties are actively involved in settlement discussions to explore the possibility of a resolution without further Court intervention. Specifically, counsel for the parties have spoken by phone and exchanged correspondence and case-specific documents. Moreover, undersigned counsel is traveling for work the Week of November 13 and needs additional time to prepare a responsive pleading.

8. Accordingly, in light of undersigned counsel's travel, and to allow the parties additional time to explore a possible resolution of this case, Chasewater is requesting an additional 7-day extension of time, through and including November 27, 2023, in which to answer or otherwise respond to Plaintiff's Complaint.

9. Pursuant to Local Rule 7.1(b), counsel for Chasewater has consulted with counsel for Plaintiff, who has indicated that Plaintiff consents to the relief requested in this Motion.

WHEREFORE, for good cause shown, Defendant Chasewater respectfully requests that the Court grant an extension of time through and including November 27, 2023, for Chasewater to answer or otherwise respond to Plaintiff's Complaint.

This the 17th day of November 2023.

> /s/ Jonathan E. Schulz
> Jonathan E. Schulz (N.C. State Bar No. 47285)
> Bradley Arant Boult Cummings LLP
> 214 North Tryon Street, Suite 3700
> Charlotte, NC 28202
> Telephone: (704) 338-6000
> Facsimile: (704) 332-8858
> jschulz@bradley.com
>
> *Attorney for Chasewater Logistics, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

>*/s/ Jonathan E. Schulz*
>Jonathan E. Schulz
>*Attorney for Chasewater Logistics, LLC*