IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-541-RJC-DCK

| PORT CITY LOGISTICS INC., | ) | |
|---|---|---|
| Plaintiff / Counterclaim Defendant, | ) | **ORDER** |
| v. | ) | |
| CHASEWATER LOGISTICS, LLC, | ) | |
| Defendant / Counterclaim Plaintiff. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Local Counsel Thomas Crist on September 6, 2024.

Applicant Kevin M. Capuzzi seeks to appear as counsel *pro hac vice* for Plaintiff/Counterclaim Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. Kevin M. Capuzzi is hereby admitted *pro hac vice* to represent Plaintiff/Counterclaim Defendant.

**SO ORDERED**.

Signed: September 6, 2024

David C. Keesler
United States Magistrate Judge